```
KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YASUYUKI NAGAO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA POULOS, District Director,<br>California Service Center, U.S. Citizenship<br>and Immigration Services,<br><br>　　　　Defendant. | Case No. 06-3539 MMC<br><br>STIPULATION TO EXTEND<br>TIME WITHIN WHICH THE<br>DEFENDANT MUST FILE<br>AN ANSWER |

　　　　Plaintiff, by and through his attorney of record, and defendant, by and through her attorneys of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time within which the defendant must serve his answer to the complaint in the above-entitled action. The defendant will file his answer on or before August 18, 2006.

Dated: August 3, 2006　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　KEVIN V. RYAN
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD A. OLSEN
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Stip. to Extend Time
C06-3539 MMC                              1

1

2   Date: August 3, 2006                          /s/
                                         JAMES PHILIP VAUGHNS
3                                        Attorney for Plaintiff

4

5

6                          **ORDER**

7      Pursuant to stipulation, IT IS SO ORDERED.

8

9   Date:  August 7, 2006                _____
10                                        MAXINE M. CHESNEY
                                         United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Extend Time
C06-3539 MMC                              2