KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YASUYUKI NAGAO, | ) |
|           Plaintiff, | ) No. C-06-3539-MMC |
| v. | ) **STIPULATION TO EXTEND DUE DATE FOR REPLY BRIEF; AND [PROPOSED] ORDER** |
| CHRISTINA POULOS, District Director, California Service Center, U.S. Citizenship & Immigration Services, | ) Hearing Date: September 29, 2006<br>) Time: 9:00 a.m. |
|           Defendant. | ) |

The plaintiff, by and through his attorney of record, and defendant, by and through her attorneys of record, hereby stipulate to the following:

1. The defendant filed a motion to dismiss this action on August 17, 2006.

2. In the motion, the defendant set a hearing date for September 29, 2006.

3. Pursuant to N.D. Local Rule 7-3(a), the plaintiff's opposition was due on or before September 8, 2006.

4. Because the plaintiff filed his opposition on September 11, 2006, the parties hereby stipulate to extend the date of the defendant's reply brief to September 22, 2006.

5. The parties do not request an extension of the hearing date, but are available on October 6, 2006, if this Court believes it needs a full two weeks to evaluate the parties' papers in advance of a hearing.

STIPULATION TO EXTEND DUE DATE FOR REPLY BRIEF
C-06-3539-MMC

| | | |
|---|---|---|
| 1 | Date:  September 13, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendant

Date:  September 13, 2006            /s/
JAMES PHILLIP VAUGHNS, ESQ.
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED, and the hearing on the motion to dismiss is hereby continued from September 29, 2006 to October 6, 2006 at 9:00 a.m.

Date:   September 14, 2006   _____
MAXINE ~~MARILYN~~ M. CHESNEY
United States District Judge

---

[1] I, Edward A. Olsen, attest that both James Phillip Vaughns and I have signed this stipulation.